| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gajarsa, Arthur J. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>08/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Appeals Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | Rensselaer Institute |
| 2. Board of Visitors | Georgetown University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gajarsa , Arthur J.

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | PRESIDENT & DIRECTORS OF GEORGETOWN COLLEGE FOR GEORGETOWN UNIVERSITY - W-2 WAGES | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 03/26/10 - 03/27/10 | NEW YORK, NY | HONORING FEDERAL JUDICIARY | TRANSPORTATION, MEALS, LODGING |
| 2. | FRANKLIN PIERCE LAW CENTER ( UNIV OF NEW HAMPSHIRE) | 04/21/10 - 04/24/10 | CONCORD, NEW HAMPSHIRE | PARTICIPANT - NAVIGATING IP BOUNDRIES, FRONTIERS & OPPORTUNITIES | TRANSPORTATION |
| 3. | FEDERAL JUDICIAL CENTER | 06/10/10 - 06/15/10 | PRINCETON, NEW JERSEY | SEMINAR FOR FEDERAL & STATE JUDGES | TRANSPORTATION, MEALS, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | UNIVERSITY OF HOUSTON LAW CENTER - IP INSTITUTE | 09/30/10 - 10/02/10 | GALVESTON, TEXAS | KEYNOTE SPEAKER | TRANSPORTATION |
| 5. | HARVARD LAW IP CONFERENCE | 10/13/10 - 10/14/10 | BOSTON, MASSACHUSETTS | SPEAKER | TRANSPORTATION, MEALS, LODGING |
| 6. | AUSTIN AIPLA ANNUAL DINNER | 11/11/10 - 11/13/10 | AUSTIN, TEXAS | KEYNOTE SPEAKER | TRANSPORTATION, MEALS |
| 7. | PHILADELPHIA INTELLECTUAL PROPERTY LAW ASSOCIATION | 11/18/2010 | PHILADELPHIA, PENNSYLVANIA | JUDGE'S DINNER - LOURIE HONOREE | TRANSPORTATION, MEALS, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MORGAN STANLEY SMITH BARNEY | PORTFOLIO CREDIT LINE | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COIN COLLECTION | | None | L | W | | | | | |
| 2. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 3. ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 4. SPECIAL SITUATIONS LIFE SCIENCES FUND LP | F | Int./Div. | M | U | | | | | |
| 5. ORTEC THERAPEUTICS INC | | None | K | T | | | | | |
| 6. CHASE PACKAGING CORP TEX | | None | K | T | | | | | |
| 7. EAGLE BANCORP INC MD | | None | K | T | | | | | |
| 8. HOLOGIC INC | | None | K | T | | | | | |
| 9. INSULET CORP | | None | L | T | | | | | |
| 10. CONSOLIDATED EDISON | C | Dividend | L | T | | | | | |
| 11. NSTAR | B | Dividend | K | T | | | | | |
| 12. UDR INC | A | Dividend | K | T | | | | | |
| 13. UNIVERSAL HEALTH REALTY INCOME TRUST | D | Dividend | M | T | | | | | |
| 14. MASSMUTUAL CORPORATE INVESTORS | D | Dividend | M | T | | | | | |
| 15. MASS MUTUAL PARTICIPATION INVS | D | Dividend | M | T | | | | | |
| 16. EATON VANCE GREATER INDIA FUND | | None | M | T | | | | | |
| 17. CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANADIGICS INC | | None | K | T | | | | | |
| 19. CORNING INC | A | Dividend | K | T | | | | | |
| 20. RUMSON-FAIR HAVEN BK & TRUST CO | | None | K | T | | | | | |
| 21. TGC INDUSTRIES INC | | None | L | T | | | | | |
| 22. POWERSHARES EXCHANGE - TRADED FD | | None | J | T | | | | | |
| 23. CPI CAPITAL NORTH AMERICA SER A | | None | L | T | | | | | |
| 24. CAPITOL PRIVATE OPP LP | | None | N | T | Buy (add'l) | 09/01/10 | L | | |
| 25. MORGAN STANLEY SMITH BARNEY IRA -20-12 | A | Int./Div. | J | T | | | | | |
| 26. - CITI BANK NA BANK DEPOSIT PROGRAM "ACCOUNT" | | | | | | | | | |
| 27. -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | | | | | | | | | |
| 28. - BANK OF AMERICA CORP | | | | | | | | | |
| 29. MORGAN STANLEY SMITH BARNEY IRA - 80-16 | A | Int./Div. | L | T | | | | | |
| 30. -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | | | | | Open | 12/23/10 | J | | |
| 31. -CVCI CAYMEN OFF II CLA | | | | | Buy (add'l) | 05/03/10 | J | | |
| 32. AMERITRADE IRA | E | Int./Div. | P1 | T | | | | | |
| 33. -CASH INSURED DEPOSIT "ACCOUNT" | | | | | | | | | |
| 34. -ANADIGICS INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -AOL INC (SPIN-OFF FROM TIME WARNER, INC.) | | | | | Sold | 01/14/10 | J | | |
| 36. | -BANK OF AMERICA CORP | | | | | | | | | |
| 37. | -CHASE PACKAGING CORPORATION CM | | | | | | | | | |
| 38. | -DIANA SHIPPING INC | | | | | | | | | |
| 39. | -DISCOVER FINL SVCS | | | | | | | | | |
| 40. | -GENERAL ELECTRIC COMPANY | | | | | Buy | 10/07/10 | K | | |
| 41. | -GOLDCORP INC | | | | | Buy | 01/06/10 | K | | |
| 42. | -ENERGY CONVERSION DEVICES IN | | | | | | | | | TRANS TO ROTH IRA LINE 61 |
| 43. | -HEALTH CARE REIT INC | | | | | | | | | |
| 44. | -IDEARC INC | | | | | Closed | 12/31/10 | J | | CO WENT BANKRUPT NO SALE |
| 45. | -INSULET CORPORATION | | | | | | | | | |
| 46. | -INTERMEC INC | | | | | | | | | |
| 47. | -INTRAOP MEDICAL CORP | | | | | | | | | |
| 48. | -LEGG MASON INC | | | | | | | | | |
| 49. | -MASSMUTUAL CORPORATE INVS IN | | | | | | | | | |
| 50. | -MASSMUTUAL PARTICIPATION INV SH BEN INT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -MOTOROLA INC | | | | | | | | | TRANS TO ROTH IRA LINE 62 |
| 52. -ROSETTA STONE, INC | | | | | | | | | |
| 53. -RUMSON-FAIR HAVEN BANK & TRUST | | | | | | | | | |
| 54. -STEC INC | | | | | | | | | |
| 55. -TGC INDS INC | | | | | | | | | |
| 56. -TIME WARNER CABLE INC | | | | | Sold | 04/27/10 | J | | |
| 57. -TIME WARNER INC | | | | | Sold | 04/27/10 | K | | |
| 58. -UNIVERSAL HEALTH REALTY INCM T SH BEN INT | | | | | | | | | |
| 59. -VALE S.A. ADR | | | | | Sold | 10/07/10 | K | C | |
| 60. AMERITRADE ROTH IRA | None | K | T | Open | 12/30/10 | K | | |
| 61. -ENERGY CONVERSION DEVICES INC | | | | | | | | | TRANS FROM IRA LINE 42 |
| 62. -MOTOROLA INC | | | | | | | | | TRANS FROM IRA LINE 51 |
| 63. EUROPACIFIC GROWTH FUND | None | J | T | Buy | 10/01/10 | J | | |
| 64. GROWTH FUND OF AMERICA | None | J | T | Buy | 10/01/10 | J | | |
| 65. NEW PERSPECTIVE FUND CL 529-A | None | J | T | Buy | 10/01/10 | J | | |
| 66. WASHINGTON MUTUAL INVESTORS FUND CL 529-A | None | J | T | Buy | 10/01/10 | J | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During the year, there was a conversion from a regular Ira to a Roth Ira. Two stocks were converted to the Roth account, Energy Conversion Devices Inc (line 42 to line 61) and Motorola Inc (line 51 to line 62).

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 08/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur J. Gajarsa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544